IN THE SUPREME COURT OF THE STATE OF DELAWARE

CHRISTOPHER M. MOORE,               §
                                    § No. 246, 2023
    Defendant Below,                §
    Appellant,                      § Court Below—Superior Court
                                    § of the State of Delaware
    v.                              §
                                    § Cr. ID Nos. 0706029538,
STATE OF DELAWARE,                  § 0809012881 (N)
                                    §
    Appellee.                       §

Submitted: December 1, 2023
Decided: December 21, 2023

## **ORDER**

On November 16, 2023, the Chief Deputy Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief and appendix by the November 1, 2023 filing deadline. The notice to show cause was delivered on November 20, 2023, as evidenced by the certified return receipt filed with the Court. A timely response to the notice to show cause was due on or before November 30, 2023. To date, the appellant has neither responded to the notice to show cause nor filed an opening brief. Dismissal of this appeal therefore is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice